JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GCIU-EMPLOYER RETIREMENT FUND and BOARD OF TRUSTEES OF THE GCIU-EMPLOYER RETIREMENT FUND, <br><br> Plaintiffs, <br> v. <br><br> T.C. PETERS PRINTING CO., INC., a New York corporation, <br><br> Defendant. | CASE NO. 2:21-cv-04408-JFW-AFMx <br><br> **JUDGMENT** |

It appearing from the records in the above-entitled action from Plaintiffs' Motion for Entry of Default Judgment by Court, including the declaration submitted in support thereof, and other evidence as required by F.R.C.P. 55(b) and Local Rule 55.1, that the Defendant has failed to plead or otherwise defend in said action and default having been entered.

Now, therefore, on request of counsel, the Default Judgment, comprised of the following, is hereby entered against Defendant T.C. Peters Printing Co., Inc.

Plaintiffs' Claim for Relief

As to Plaintiffs' Claim for Relief, Defendant T.C. Peters Printing Co., Inc. is hereby ordered to pay $28,674.78; which is comprised of $12,648.75 in contributions and contribution increases under the Fund's Rehabilitation Plan pursuant to Section 515

of ERISA, 29 U.S.C. § 1145, $4,683.53 in prejudgment interest pursuant to Section 4219(c)(6) of ERISA, 29 U.S.C. § 1399(c)(6), $2,529.75 in liquidated damages pursuant to Section 515 of ERISA, 29 U.S.C. § 1145, and $8,812.75 in audit costs pursuant to the Fund's Trust Agreement.

<u>Attorneys' Fees and Costs</u>

Defendant is hereby ordered to pay $2,320.59 in attorneys' fees pursuant to Local Rule 55-3, and costs totaling $691.62.

**Total judgment for Plaintiffs is $31,686.99.**

IT IS SO ORDERED.

Dated: August 18, 2021

_____
The Honorable John F. Walter